| | |
|---|---|
| **From:** | Rothstein, Joshua (USADC) |
| **To:** | Brodsky, Reed |
| **Cc:** | Wilmot, Trevor (CRM); McGee, Jacob A.; Fifield, Kathryn (CRM); Ross, Rebecca (USADC) |
| **Subject:** | RE: Trial Subpoena to Next Jump |
| **Date:** | Tuesday, August 6, 2024 3:38:15 PM |

Reed,

*First*, we can revise Trial Subpoena Request 5 as follows: All records and communications, both internal and external, regarding business with or efforts to obtain business from the United States Navy or the UK Royal Navy.

*Second,* we will not reimburse Next Jump for its compliance with the grand jury or trial subpoena.

Regards,
Josh

---

**From:** Brodsky, Reed <RBrodsky@gibsondunn.com>
**Sent:** Saturday, August 3, 2024 1:27 PM
**To:** Rothstein, Joshua (USADC) <JRothstein@usa.doj.gov>
**Cc:** Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; McGee, Jacob A. <JMcGee@gibsondunn.com>; Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>
**Subject:** [EXTERNAL] Re: Trial Subpoena to Next Jump

Thanks. I look forward to it. Would you please send me a transcript of the court conference?
Regards, Reed

> On Aug 3, 2024, at 12:33 PM, Rothstein, Joshua (USADC) <Joshua.Rothstein@usdoj.gov> wrote:
>
> **[WARNING: External Email]**
>
> Reed,
>
> We will circle back on a time to discuss any specific requests in the trial subpoena.
>
> We made an oral motion to permit an early return date of November 1, 2024, and the judge granted it on the record. Bill and Rocco can confirm.
>
> Josh
>
> ---
>
> **From:** Brodsky, Reed <RBrodsky@gibsondunn.com>
> **Sent:** Friday, August 2, 2024 7:39 PM
> **To:** Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>

**Cc:** McGee, Jacob A. <JMcGee@gibsondunn.com>; Rothstein, Joshua (USADC) <JRothstein@usa.doj.gov>; Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>
**Subject:** [EXTERNAL] Re: Trial Subpoena to Next Jump

Trevor, thanks for sending to me. Could you send me Judge McFadden's order on the early return date, any application pursuant thereto as well? And can we set up a call to discuss. Regards, Reed

> On Aug 2, 2024, at 1:29 PM, Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov> wrote:
>
> **[WARNING: External Email]**
>
> Reed and Jacob,
> Please confirm receipt of the attached trial subpoena to Next Jump in *US v. Burke, Kim, and Messenger*. The early return date of November 1, 2024 was ordered today by Judge McFadden, at the government's request and pursuant to Fed. R. Cr. P. 17(c)(1). Let us know if you have any questions.
>
> Regards,
>
> Trevor Wilmot
> Trial Attorney | Public Integrity Section
> United States Department of Justice
> 1301 New York Avenue, N.W.
> Washington, D.C. 20530
> Office: 202-616-2188 | Cell: 202-445-9076
> trevor.wilmot@usdoj.gov
>
> <001_Next Jump Subpoena.pdf>

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is

strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.