# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.4035
RBrodsky@gibsondunn.com

November 30, 2023

**FOIA CONFIDENTIAL TREATMENT REQUESTED**
**FED. R. CRIM. P. 6(e) MATERIAL**

VIA ELECTRONIC MAIL

Trevor Wilmot
Trial Attorney
U.S. Department of Justice
Public Integrity Unit
1301 New York Avenue
10th Floor
Washington, DC 20005

Joshua Rothstein
Assistant U.S. Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20579

Re:   *First Production in Response to October 3, 2023 DOJ Subpoena Issued to Next Jump*

Dear Trevor and Josh:

On behalf of our client Next Jump, we thank you for meeting with us again last week. We thought it was a very productive meeting, and we appreciate your time and attention to the issues that we raised. We write to memorialize the production that we made during our November 21 meeting, and to provide you with an electronic copy of those documents. Those documents are stamped with Bates numbers DOJ-NXJ-000001 - DOJ-NXJ-000058.

We appreciate that, in connection with the above-referenced subpoena (the "Subpoena"), you informed us that you would come back to us with the thoughts that we raised regarding the expense and burden of responding to certain requests where the government has copies of email communications as a result of search warrants. We look forward to further discussions with you on this topic. We also plan to make an additional production of responsive documents later this week.

November 30, 2023
Page 2

We understand that the Government will be affording Next Jump's production and this letter with the protections of Federal Rule of Criminal Procedure Rule 6(e)(2). We therefore request that this letter and the materials that we produced during our November 21 meeting be maintained in confidence, not be made part of any public record, and not be disclosed to any person not subject to Federal Rule of Criminal Procedure Rule 6(e)(2)(B). If any documents are to be used outside of the grand jury, we understand that the Government will agree to engage in discussions about providing appropriate confidentiality protections to any Next Jump commercially sensitive or competitive data, or personal identifying information, that may be included in any production or other disclosure.

The materials produced are highly confidential and may reflect sensitive information concerning our client or those with whom it has done or is doing business. We hereby claim that these materials are also entitled to confidential treatment and are exempt from disclosure pursuant to several FOIA provisions, including but not limited to FOIA Exemptions 4, 6, and 7, 5 U.S.C. §§ 552(b)(4), 552(b)(6), and 552(b)(7).

Because we are producing this information on the basis that it is to be afforded the protections of Rule 6(e)(2) and is not to be disclosed under the Freedom of Information Act, 5 U.S.C. § 552, we have marked this letter and the produced documents "FOIA Confidential Treatment Requested by Next Jump; Fed. R. Crim. P. 6(e) Material."

We respectfully request that you either destroy or return the documents to us at the conclusion of your inquiry. We further expect that these materials will be kept in a non-public file and that access to them by any third party who is not an employee of DOJ will be denied. Should the government receive any request for these materials, either pursuant to FOIA or otherwise, we request that we be given an opportunity to object to such disclosure. Should DOJ be inclined to disclose these materials to any third party, we request that we be given no fewer than ten (10) business days' advance notice of any such decision to enable Next Jump to pursue any remedies that may be available. In this regard, we ask that you telephone or e-mail us rather than rely on the mail for such notice.

A copy of this written request for confidential treatment will be transmitted by e-mail to the FOIA/PA Unit, United States Department of Justice, Criminal Division, CRM.FOIA@usdoj.gov.

Finally, the documents produced here and in the future are not to be construed in any manner as a waiver of any privilege or protection, all of which are expressly reserved. Similarly, this and any future productions shall not be construed in any manner as a waiver of any objections, including objections to the requests' overbreadth, burdensomeness, or intrusiveness, that otherwise would be available to Next Jump. Next Jump hereby expressly reserves all privileges, all objections, and the right to request the immediate return of any privileged documents or information inadvertently produced.

November 30, 2023
Page 3

Thank you for your consideration. If you have any questions, please do not hesitate to contact us.

Sincerely,

*/s/ Reed Brodsky*

Reed Brodsky

Enclosure

**FOIA CONFIDENTIAL TREATMENT REQUESTED**