# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Next Jump,

*Movant*,

v.

United States of America

*Respondent*.

Case No.:  1:24-mc-00105

## MOTION FOR PROPOSED PRODUCTION SCHEDULE

Reed Brodsky (*pro hac vice*)
  *Counsel of Record*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
rbrodsky@gibsondunn.com

*Counsel for Next Jump*

We write to seek this Court's approval on a proposed schedule to produce responsive documents to the reissued trial subpoena dated October 22, 2024.  We have conferred with Timothy Parlatore, counsel to Robert Burke, and Mr. Parlatore stated that he has no objection to Next Jump's proposed production schedule.  We have also conferred with the government, and Trevor Wilmot informed us that the government does not object to this proposed schedule.

Next Jump proposes to produce the responsive documents to the reissued trial subpoena for Requests 1(a)–(d), 2, 3, 5, and 6 by the currently scheduled deadline of November 12, 2024.

Next Jump proposes to produce the responsive documents to the reissued trial subpoena for Requests 1(e), 4, and 7 by December 6, 2024.  We are seeking the additional time for these requests due to technical challenges.  Based on our conversations with a technology specialist at Next Jump who has been assisting us in the collection of documents for potentially responsive material, the search of computers of certain employees and archived data will likely take several weeks.

We thank you for your consideration of this request.

*/s/ Reed Brodsky*

Reed Brodsky (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
rbrodsky@gibsondunn.com

John Matthew Butler (DC Bar No.: 1721350)
GIBSON, DUNN & CRUTCHER LLP
1700 M St., N.W.
Washington, DC 20036
Telephone: (202) 955-8500
mbutler@gibsondunn.com

*Attorneys for Next Jump*

1